UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __22-mj-02255-Torres__

UNITED STATES OF AMERICA

vs.

SHADUEARLY FRANCIS YUSLEIVI FRADL,

    **Defendant.**

_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  *Maria Catala*
MARIA CATALA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 1000435
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9180
Fax (305) 530-7976
Maria.Catala@usdoj.gov

# United States District Court

SOUTHERN ____ DISTRICT OF ____ FLORIDA

UNITED STATES OF AMERICA

V.

SHADUEARLY FRANCIS YUSLEIVI FRADL,

**CRIMINAL COMPLAINT**

CASE NUMBER: 22-mj-02255-Torres

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 16, 2022, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant, SHADUEARLY FRANCIS YUSLEIVI FRADL, did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); and did knowingly and intentionally possess with the intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

I further state that I am a Special Agent and that this complaint is based on the following facts:

On or about February 16, 2022, the defendant, SHADUEARLY FRANCIS YUSLEIVI FRADL, arrived at Miami International Airport on American Airlines Flight #1036 from Aruba. During a border inspection of the defendant's checked luggage, U.S. Customs and Border Protection Officers ("CBP") discovered a package containing a white powdery substance. A field test of the white powdery substance proved positive for the presence of cocaine. The estimated weight of the cocaine was approximately one (1) kilogram. CBP officers removed the package containing the white powdery substance from the checked luggage. Agents inserted sham narcotics inside the luggage. CBP then returned the checked luggage containing the sham narcotics. The defendant retrieved her luggage and exited the airport, where the defendant was detained and escorted to secondary by agents. SHADUEARLY FRANCIS YUSLEIVI FRADL, waived her *Miranda* rights and stated, that she knew she was transporting narcotics.

*Alan Barnett* ID #09860
**ALAN BARNETT, SPECIAL AGENT**
**HOMELAND SECURITY INVESTIGATIONS**
**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Attested to by the Applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by Telephone.

Feb. 17, 2022
Date

at   Miami, Florida
     City and State

**HONORABLE EDWIN G. TORRES**
**CHIEF UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

*[signature]*
Signature of Judicial Officer